NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000626
13-JUL-2012
08:36 AM

NO. CAAP-11-0000626

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

NIKHILANANDA, Plaintiff-Appellant,
v.
KERRY D. GARRISON; aka DAVID GARRISON;
aka DAVE GARRISON; aka DAVID NOON; aka DAVE NOON;
and SUSAN WELCK, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 10-1-0461(1))

ORDER GRANTING PLAINTIFF-APPELLANT
NIKHILANANDA'S JUNE 27, 2012 MOTION TO DISMISS APPEAL
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon review of (1) Plaintiff-Appellant Nikhilananda's (Appellant) June 27, 2012 motion to dismiss Appeal No. CAAP-11-0000626, pursuant to Rule 42(b) of the Hawai'i Rules of Appellate Procedure (HRAP), (2) the lack of any opposition to Appellant's June 27, 2012 motion to dismiss Appeal No. CAAP-11-0000626, and (3) the record,

IT IS HEREBY ORDERED that the motion is granted pursuant to HRAP 42(b), and Appeal No. CAAP-11-0000626 is dismissed.  Each party shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, July 13, 2012.

Presiding Judge

Associate Judge

Associate Judge